Beveridge & Diamond

Nicole B. Weinstein
825 Third Avenue, 16th Floor
New York, NY 10022
+1.212.702.5416
nweinstein@bdlaw.com

April 16, 2026

**VIA CM/ECF**

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building
50 Walnut Street Courtroom 3C
Newark, NJ 07102

Re: *United States et al. v. Simsmetal East LLC*, Civil Action No.: 2:25-cv-00595-WJM-LDW

**Joint Status Letter**

Dear Judge Wettre:

This firm represents Defendant Simsmetal East LLC ("Sims") in the above-referenced matter. On behalf of all parties, Sims submits the following joint letter as directed in the Court's Text Order dated January 16, 2026 (ECF No. 22). The parties jointly request this Court extend the stay of this matter for an additional three months to July 24, 2026 to allow for ongoing discussions toward a potential settlement.

On January 16, 2026 the Court stayed this matter until April 24, 2026 (ECF No. 23). On February 26, 2026 and April 9, 2026, the parties had substantive discussions regarding potential settlement. Sims has also submitted requests and information separately to the New Jersey Department of Environmental Protection ("NJDEP") and the United States Environmental Protection Agency ("EPA") that relate to its compliance status and/or other issues. The parties request an additional three-month stay for NJDEP to consider a permitting proposal from Sims and for Sims to prepare potential settlement terms for discussion with the agencies.

Based on these discussions, the parties believe their resources, and the Court's, are better spent on exploring a non-litigated resolution than pursuing discovery. Accordingly, the parties jointly respectfully request that the Court extend the stay of the above-referenced matter in its entirety for an additional three months, to July 24, 2026. At the end of the stay, the parties propose to jointly update this Court on the status of their settlement discussions and whether the

case should be restored to the calendar, or whether a continuation of the stay would be productive. A proposed order adopting the requested stay is submitted with this letter.

The parties will, of course, plan to attend the scheduled status conference on April 23, 2026, so that we may provide further information if helpful to the Court. But, if the Court is amenable to granting the further stay and has no questions for the parties, the status conference may be unnecessary.

Sincerely,

Nicole B. Weinstein
Principal

cc: All Counsel of Record (via CM/ECF)

Encl.