**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA and STATE OF NEW JERSEY,

Plaintiffs,

v.

SIMSMETAL EAST, LLC,

Defendant.

Civil Action No.

25-595 (WJM) (LDW)

**ADMINISTRATIVE TERMINATION ORDER**

**THIS MATTER** having come before the Court by way of an August 3, 2026 telephone conference before the undersigned; and the parties having requested a further stay of this action while they pursue settlement negotiations (ECF 28); and with the consent of all counsel; and for good cause shown;

**IT IS, on this 7th day of August 2026,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that any party may request that this action be reopened and restored to the Court's active docket by filing a letter to that extent; and it is further

**ORDERED** that the parties shall appear for a telephonic status conference before the undersigned on **October 29, 2026 at 3:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 444 381 867#.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge